# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00252-CV

**Birdie Dee Guillory, Appellant**

**v.**

**St. David's Healthcare Systems, Inc., d/b/a St. David's Hospital, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-05-004244, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Birdie Dee Guillory filed her notice of appeal with this Court on May 1, 2006.  Because the complete record was filed as of May 11, Guillory's brief was due June 12.  *See* Tex. R. App. P. 38.6(a).  On June 21, we sent a notice to Guillory that her brief was overdue and that, unless she submitted a proper response by July 3, her appeal would be dismissed for want of prosecution.  *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b).

To date, Guillory has not responded to the Court's notice.  Accordingly, we dismiss the appeal for want of prosecution.  *See id.*

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Dismissed for Want of Prosecution

Filed:   August 9, 2006